[No. 2181–3.   Division Three.   March 9, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JON L. TISDALE, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 4370, Richard G. Patrick, J., entered

November 10, 1977. *Dismissed* by unpublished per curiam opinion.